IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02048-BNB

AQUILEO FLORES-GALVAN,
Plaintiff,

v.

MESA COUNTY DETENTION FACILITY, and
MEDICAL STAFF, DR. HOLMES,
Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

NOV 08 2007

GREGORY C. LANGHAM
CLERK

ORDER OF DISMISSAL

In an order filed on October 1, 2007, Magistrate Judge Boyd N. Boland directed the clerk of the Court to commence this civil action and granted Plaintiff Aquileo Flores-Galvan leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. Pursuant to § 1915(b)(1), Magistrate Judge Boland ordered Mr. Flores-Galvan either to pay an initial partial filing fee or to show cause why he has no assets and no means by which to pay the initial partial filing fee. Mr. Flores-Galvan was warned that the complaint and the action would be dismissed without further notice if he failed either to pay the initial partial filing fee or to show cause as directed within thirty days.

On October 9, 2007, the copy of Magistrate Judge Boland's October 1 order that was mailed to Mr. Flores-Galvan at the address he provided was returned to the Court undelivered and stamped "RETURN TO SENDER, NO LONGER HERE." Mr. Flores-Galvan has not filed a notice of change of address in this action.

Pursuant to Rule 10.1M. of the Local Rules of Practice of the United States District Court for the District of Colorado-Civil, a party must file a notice of new address

and telephone number within ten days of any change of address or telephone number. Mr. Flores-Galvan has failed to comply with the Court's local rules and, as a result, he has failed either to pay the initial partial filing fee or to show cause why he is unable to pay the initial partial filing fee. Accordingly, it is

ORDERED that the complaint and the action are dismissed without prejudice because Plaintiff failed either to pay the initial partial filing fee or to show cause why he is unable to pay the initial partial filing fee.

DATED at Denver, Colorado, this 7 day of Nov., 2007.

BY THE COURT:

_____
ZITA L. WEINSHIENK, Senior Judge
United States District Court

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 07-cv-02048-BNB

Aquileo Flores-Galvan
Reg. No. 244408
Mesa County Det. Facility
PO Box 20000-5017
Grand Junction, CO 81502

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on \_\_11/8/07\_\_

GREGORY C. LANGHAM, CLERK

By: _____
              Deputy Clerk